IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NICHOLAS JOSEPH STANLEY,
D.O.C. #V44666,

    Plaintiff,

v.                                            4:21cv198–WS/MAF

MARK INCH, SECRETARY
FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 16) docketed November 17, 2021. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

    Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

    Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 16) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The clerk shall close the case.

DONE AND ORDERED this   28th   day of   December  , 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE